# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL LEAVITT, et al.,<br><br>　　　　Defendants. | NO. CV 03-06073 SJO (FMOx)<br>NO. CV 03-08266 SJO (FMOx)<br><br>CONSOLIDATED<br><br>**JUDGMENT** |
| AIDS HEALTHCARE FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION, et al.,<br><br>　　　　Defendants. | |

These actions came before the Court on the parties' cross-motions for summary judgment. After full consideration of all admissible evidence and documents submitted, the Court finds that there is no triable issue of material fact in these cases with regard to the claims against Defendants Michael Levitt, the United States Department of Health and Human Services, and the United States Health Resources and Services Administration (collectively, "Defendants").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1 | That judgment be entered in favor of Plaintiff AIDS Healthcare Foundation on its claim under the Freedom of Information Act as to the identities of application reviewers and applicants who were denied funding; and that judgment be entered in favor of Defendants on all other claims.

IT IS SO ADJUDGED.

Dated this 28th day of January, 2008.                              /S/

                                                   _____
                                                         S. JAMES OTERO
                                                   UNITED STATES DISTRICT JUDGE